**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW BRACH, an individual; JESSE PETRILLA, an individual; LACEE BEAULIEU, an individual; ERICA SEPHTON, an individual; KENNETH FLEMING, an individual; JOHN ZIEGLER, an individual; ALISON WALSH, an individual; ROGER HACKETT, an individual; CHRISTINE RUIZ, an individual; Z. R., a minor; ADE ONIBOKUN, an individual; BRIAN HAWKINS, an individual; TIFFANY MITROWKE, an individual; MARIANNA BEMA; ASHLEY RAMIREZ, an individual, *Plaintiffs-Appellants*, | No. 20-56291<br><br>D.C. No.<br>2:20-cv-06472-SVW-AFM<br><br>ORDER |

v.

GAVIN NEWSOM, in his official capacity as the Governor of California; ROB BONTA, in his official capacity as the Attorney General of California; TOMAS ARAGON, in his official capacity as the State Public Health Officer and Department of Public Health Director; TONY THURMOND, in his official capacity as State Superintendent of Public Instruction and Director of Education,
*Defendants-Appellees.*

Filed December 8, 2021

# ORDER

MURGUIA, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.